BWW#:VA-304719

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:                                                 Case No. 17-61133-RBC
MARVIN LEA MEADE, SR.
    Debtor                                              Chapter 13

_____

SETERUS, INC. AS THE AUTHORIZED SUBSERVICER
FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION
("FANNIE MAE"), CREDITOR C/O SETERUS, INC.
    Movant
v.
MARVIN LEA MEADE, SR.
    Debtor/Respondent
and
HERBERT L BESKIN
    Trustee/Respondent

## OBJECTION TO CONFIRMATION OF
## DEBTOR'S PROPOSED CHAPTER 13 PLAN

COMES NOW, Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. ("Creditor"), by and through counsel, and files its Objection to the Confirmation of Debtor's Chapter 13 Plan, and respectfully states as follows:

1.     Creditor is a mortgage lender/servicer.

2.     On or about June 9, 2017, Marvin Lea Meade, Sr. ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3.     Herbert L .Beskin is the Trustee of the Debtor estate.

4.     Creditor is the beneficiary of a Deed of Trust secured by the Debtor's principal residence located in Nelson County, Virginia, and commonly known as 140 Cow Hollow Road, Roseland, VA 22967 (the "Property").  Creditor is the holder of a secured claim in this case.

_____
Lauren French, Esq., VSB# 85478
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804) 282-0463
*Attorney for the Movant*

5. On or about June 26, 2017, Debtor filed a Chapter 13 Plan (the "Plan") that lists Creditor's claim in paragraphs 3(A) and 3(D). The Plan proposes that the value of the Property will be "crammed down" to $14,000.

6. Creditor is preparing to file its Proof of Claim, but has not done so as of the date of this Objection. The deadline for filing proofs of claim is set at October 5, 2017. However, after a good faith review of its records, Creditor estimates that it is owed approximately $16,665.63 as a pre-petition arrearage, and that the total amount of the secured claim is approximately $43,453.86.

7. The plan is attempting to modify a mortgage loan which is secured only by the Debtor's principal residence in violation of 11 U.S.C. §§ 1322(b)(2).

8. The plan is attempting to "cram down" the value of the property to $14,000, yet lists the value of the property as $75,000 in schedule A. The Nelson County Tax Assessment values the property at $85,100.

9. Creditor was not served with a Special Notice to Secured Creditor

10. Furthermore, upon information and belief, Debtor is no longer the owner of property. Title in the property was vested into SunTrust Bank by virtue of a Trustee's Deed dated July 11, 2012 and recorded October 10, 2012 among the land records of Nelson County, Virginia.

11. Creditor rejects the plan pursuant to 11 U.S.C. § 1325(a)(5)(A), and further avers that the treatment of its claim is improper pursuant to 11 U.S.C. §§ 1322(b)(2), 1325(a)(5). Creditor's claim is not subject to modification under 11 U.S.C. § 1322(c)(2).

12. If Debtor amends their plan to properly treat the arrears of the Creditor as listed in this objection or any filed proof of claim, or amends the treatment of Creditor to surrender, or grants immediate *in rem* stay relief, the Court may consider this objection withdrawn and confirm such plan.

WHEREFORE, Creditor prays that this Court:

1. Enter an order DENYING confirmation of the Debtor's Chapter 13 Plan; and

2. Require Debtor to amend the Chapter 13 Plan within an imposed deadline to reflect a proper

treatment of the claim; and

      3. Grant such other and further relief as necessary.

Dated: August 3, 2017

    Respectfully Submitted,
    BWW Law Group, LLC

    */s/ Lauren French*
    Lauren French VSB# 85478
    BWW Law Group, LLC
    8100 Three Chopt Rd.
    Suite 240
    Richmond, VA 23229
    (804) 282-0463 (phone)
    (804) 282-0541 (facsimile)
    bankruptcy@bww-law.com
    *Attorney for the Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2017 the following person(s) were or will be served with a copy of the foregoing Objection to Confirmation of Debtors Chapter 13 Plan via the CM/ECF system or by first class mail, postage prepaid:

Herbert L Beskin, Trustee
PO Box 2103
Charlottesville, VA 22902

Henry W. McLaughlin
Law Office of Henry McLaughlin, P.C.
707 E Main Street
Suite 1375
Richmond, VA 23219

Marvin Lea Meade, Sr.
140 Cowhollow Road
Roseland, VA 22967

    */s/ Lauren French*
    Lauren French